# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>JOHN HOWARD SHERRELL III<br><br>Debtor. | Case No. 18-35345<br>Chapter 13<br>Judge Pamela S. Hollis<br><br>Confirmation hearing:<br>03/08/2019 11:30 a.m. |

## CHURCHILL CLUB HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED DECEMBER 21, 2018

Now comes a certain Creditor, CHURCHILL CLUB HOMEOWNERS ASSOCIATION, by and through its attorney, Nick E. Porter of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed December 21, 2018 states as follows:

1. Churchill Club Homeowners Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On March 1, 2019, Churchill Club Homeowners Association filed its amended proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 226 Julep Avenue, Oswego, Illinois 60543. (Exhibit "A").

3. That pursuant to Churchill Club Homeowners Association's governing documents, which have been recorded with the Recorder of Deeds of Kendall County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a property under the jurisdiction of Churchill Club Homeowners Association.

4. At the time Debtor filed the chapter 13 petition on December 21, 2018, Debtor owed the amount of $795.00 for past due assessments, late fees and attorney fees to Churchill Club Homeowners Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Churchill Club Homeowners Association secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Churchill Club Homeowners Association's lien rights in Debtor's real estate and the amended proof of claim filed on March 1, 2019, Churchill Club Homeowners Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $795.00.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Churchill Club Homeowners Association, confirmation of Debtor's December 21, 2018 plan should be denied.

WHEREFORE, Churchill Club Homeowners Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed December 21, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

CHURCHILL CLUB
HOMEOWNERS ASSOCIATION

By: _____
Nick E. Porter

#6316642
Nick E. Porter
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
Doug@keaycostello.com
(630) 690-6446

2