# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 18-35345 |
| JOHN HOWARD SHERRELL III | Chapter 13 |
| | Judge Pamela S. Hollis |
| Debtor. | Confirmation hearing: 03/08/2019 11:30 a.m. |

## THE MASTER OPERATING ASSOCIATION OF CHURCHILL CLUB'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED DECEMBER 21, 2018

Now comes a certain Creditor, THE MASTER OPERATING ASSOCIATION OF CHURCHILL CLUB, by and through its attorney, Nick E. Porter of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed December 21, 2018 states as follows:

1. The Master Operating Association of Churchill Club is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On March 1, 2019, The Master Operating Association of Churchill Club filed its amended proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 226 Julep Avenue, Oswego, Illinois 60543. (Exhibit "A").

3. That pursuant to The Master Operating Association of Churchill Club's governing documents, which have been recorded with the Recorder of Deeds of Kendall County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a property under the jurisdiction of The Master Operating Association of Churchill Club.

4. At the time Debtor filed the chapter 13 petition on December 21, 2018, Debtor owed the amount of $3,026.64 for past due assessments, late fees and attorney fees to The Master Operating Association of Churchill Club. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for The Master Operating Association of Churchill Club secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of The Master Operating Association of Churchill Club lien rights in Debtor's real estate and the amended proof of claim filed on March 1, 2019, The Master Operating Association of Churchill Club, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $3,026.64.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to The Master Operating Association of Churchill Club, confirmation of Debtor's December 21, 2018 plan should be denied.

WHEREFORE, The Master Operating Association of Churchill Club prays this court for entry of the attached order denying confirmation of the Debtor's plan filed December 21, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

THE MASTER OPERATING
ASSOCIATION OF CHURCHILL CLUB

By: *[signature]*
Nick E. Porter

#6316642
Nick E. Porter
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
Doug@keaycostello.com
(630) 690-6446

2