## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br> JOHN HOWARD SHERRELL III <br><br> Debtor. | Case No. 18-35345 <br> Chapter 13 <br> Judge Pamela S. Hollis <br><br> Confirmation hearing: <br> 03/08/2019 11:30 a.m. |

### NOTICE OF FILING

To:    See attached Service List.

**PLEASE TAKE NOTICE** that on this 1st day of March 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, THE MASTER OPERATING ASSOCIATION OF CHURCHILL CLUB'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED DECEMBER 21, 2018, a copy of which is attached hereto and served upon you herewith.

/s/ Nick E. Porter
Nick E. Porter

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 1st day of March, 2019.

/s/ Nick E. Porter
Nick E. Porter

SUBSCRIBED and SWORN to before me
this 1st day of March, 2019.

_____
Notary Public

#6316642
Nick E. Porter
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
nick@keaycostello.com
(630) 690-6446

OFFICIAL SEAL
KEITH R JONES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/27/20

## Service List

John Howard Sherrell, III
226 Julep Avenue
Oswego, Illinois 60543

Joseph M D'Onofrio
Geraci Law L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)